UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>    Plaintiff(s),<br><br>  v.<br><br>SAN LEANDRO POLICE OFFICERS, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C-11-04759 JCS<br><br>**ORDER TO SHOW CAUSE** |

  On October 3, 2011, the Court issued an order ("the Order") granting a petition to appoint Wilfred Scott as guardian ad litem for Plaintiff Jane Doe, a minor.  In the Order, the Court also instructed Mr. Scott to provide a financial affidavit in support of Plaintiff's pending request to proceed in forma pauperis.  On the same date, a supplemental declaration by counsel was filed stating that Mr. Scott "only agreed to be the guardian ad litem of the minor in this case if he would not be obligated to pay any of the filing fees and costs."  Counsel further states that Mr. Scott is "not willing to advance any filing fees or costs and he is not willing to provide any of his financial information to the court."

  Therefore, the Court HEREBY ORDERS that Mr. Scott and Plaintiff's counsel shall appear in person, on **November 4, 2011 at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why the appointment of Mr. Scott as guardian ad litem should not be vacated.  Counsel shall file a response to the Order to Show Cause no later than **October 21, 2011** addressing whether Mr. Scott's unwillingness to provide financial information makes him unsuitable to serve as

guardian ad litem. If so, Plaintiff's counsel should also identify another individual or entity that might be qualified and willing to serve as Plaintiff's guardian ad litem.

IT IS SO ORDERED.

Dated: October 7, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

2