UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BROWN, ET AL., | No. C- 11-05009 JCS |
| Plaintiff, | **ORDER FOR ADDITIONAL INFORMATION IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| RYAN GILL, ET AL., | |
| Defendants. | |

The Court is in receipt of Plaintiff Judy Brown's Application to Proceed In Forma Pauperis. In the Application, Plaintiff indicates that she has received no salary or wages and no money from any of the sources listed in Questions 2 or 3. At the same time, Plaintiff attests that she has significant monthly expenses. The Court requests that Plaintiff provide a revised application providing more complete information about her financial situation. If Plaintiff receives money from sources that are not listed on the form application, Plaintiff may file a sworn declaration explaining those sources. Plaintiff's revised application and/or declaration shall be filed within 14 days of the date of this order.

IT IS SO ORDERED.

Dated: October 21, 2011

JOSEPH C. SPERO
United States Magistrate Judge

1