UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICKA WHITMEYER,

    Plaintiff,

v.

RYAN GILL, ET AL.,

    Defendants.

No. C- 11-05083 JCS

**ORDER FOR ADDITIONAL INFORMATION IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court is in receipt of Plaintiff Ericka Whitmeyer's Application to Proceed In Forma Pauperis. In the Application, Plaintiff indicates that she has received no salary or wages and no money from any of the sources listed in Questions 2 or 3. At the same time, Plaintiff attests that she has none of the monthly expenses enumerated in Question 8, no bank accounts, no cash and no other debts. Plaintiff's responses do not provide a sufficient basis for the Court to determine whether she is indigent. The Court requests that Plaintiff provide a revised application providing more complete information about her financial situation. If Plaintiff receives money from sources that are not listed on the form application, Plaintiff may file a sworn declaration explaining those sources. Plaintiff's revised application and/or declaration shall be filed within 14 days of the date of this order.

    IT IS SO ORDERED.

Dated: October 21, 2011

                                                  JOSEPH C. SPERO
                                                  United States Magistrate Judge

1