Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Howard Moore, Jr.
1563 Solana Avenue, #204,
Berkeley, California 94707-2116
(510) 542-7172

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, ET AL., | CIVIL NO: C-11-4759 CW |
| PLAINTIFF, | ORDER APPROVING ASSOCIATION OF COUNSEL |
| v. | |
| OFFICERS RYAN GILL, ET AL., | |
| DEFENDANTS. | |

I approve of the association of counsel, Plaintiffs associating Howard Moore, Jr. as additional attorney and counsel whose address and telephone number are as follows:

Howard Moore, Jr.
1563 Solano Avenue, #204,
Berkeley, California 94707-2116
(510) 542-7172

**IT IS SO ORDERED.**

Dated: 2/24/2012

_____
JUDGE UNITED STATES DISTRICT COURT

ORDER APPROVING ASSOCIATION OF COUNSEL - 1 –