Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, ET AL., | CIVIL NO: C-11-4759 CW |
| PLAINTIFF,<br>v. | **ORDER RE IN CAMERA REVIEW OF POLICE FILES** |
| OFFICERS RYAN GILL, ET AL., | |
| DEFENDANTS. | |

Defendants shall submit the citizen complaint records of Ryan Gill and Anthony Morgan to Magistrate Judge Laurel Beeler production of excessive force complaints, falsification of evidence, prejudice, and / or discrimination no later than     3/9/2012    .

Should the Defendants believe that they have objections to the Magistrate's order following the in camera review, Defendants may submit a letter brief identifying the privileges and/or objections they are asserting in conjunction with the amended responses and answers they have submitted to this Court for *in camera* review no later than     3/23/2012    .

Plaintiffs have 5 days to file a letter brief response from the date the Defendants file their letter brief.

**IT IS SO ORDERED.**

Dated:    2/24/2012

_____
JUDGE UNITED STATES DISTRICT COURT

STIPULATION AND ORDER RE IN CAMERA REVIEW - 1 –