UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JANE DOE, ET AL., | No. C 11-4759 CW (LB) |
| Plaintiff(s), | ORDER SETTING TELEPHONIC SETTLEMENT CONFERENCE |
| v. | |
| RYAN GILL, ET AL., | |
| Defendant(s). | |

The court previously conducted a settlement conference, and the case settled fully. Plaintiffs' attorney Wayne Johnson filed a letter on May 30, 2012, advising the district court that there has been a delay in securing Ms. Brown's and Ms. Cross's signatures on the release forms. The letter notes the participation in the final settlement process of a relative/attorney of Ms. Brown named B.J. Smith, but the letter suggests that the releases generally have been approved by both Mr. Johnson and B.J. Smith. *See* ECF No. 64. Because of the delay, Plaintiffs' counsel advised the district court of the delay. This court now sets a further telephonic settlement conference to facilitate any issues that need to be resolved.

Only Plaintiffs' counsel Mr Johnson and defense counsel Ms. Hynes need to be present on the call, at least initially. But because all parties and persons with decision making authority or input need to be present at settlement conferences, *see* Settlement Order at ECF No. 36, this court asks Mr. Johnson to make Plaintiffs Ms. Brown and Ms. Cross and Ms. Brown's relative/attorney adviser B.J. Smith available by telephone should the court need their participation. If Mr. Johnson has their

ORDER (C11-4759 CW (LB))

1 telephone numbers ready at the telephone conference call, the court can conference them in if
2 necessary

3   The telephone call itself is set for Thursday, June 14, 2012 at 11:30 a.m. If that time is
4 inconvenient for counsel, they may contact courtroom deputy Lashanda Scott at 415-522-3140 to
5 arrange a different time. If the parties resolve this issue before the call, they may advise Ms. Scott
6 and vacate the conference call. They should simultaneously advise the court when the releases will
7 be finalized so that the dismissal may be filed.

**IT IS SO ORDERED.**

Dated: May 31, 2012

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

ORDER (C11-4759 CW (LB))

2