Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, A MINOR, ET AL., | CASE NO. C11-04759 CW [Consolidated with Case Nos. C11-05009 CW and C11-05083 CW] |
| PLAINTIFFS, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** |
| RYAN GILL, ET AL., | |
| DEFENDANTS. | |

It is hereby stipulated by and between the parties to this action through their designated counsel that this entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(l). Each party is to bear her or its own costs and fees.

LAW OFFICES OF WAYNE JOHNSON

Dated: June 29, 2012             By: s/ Wayne Johnson
                                      Attorneys for Plaintiff


MEYERS/NAVE

Dated: June 29, 2012             By: s/ Kimberly E. Colwell
                                      Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL                                      1

**ORDER**

Pursuant to the parties' Stipulation, Plaintiffs' Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees. The Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED.**

Dated: 7/12/2012

UNITED STATES DISTRICT COURT JUDGE

1928200.1