Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, A MINOR, ET AL., | CASE NO. C11-04759 CW |
|  | [Consolidated with Case Nos. |
| PLAINTIFFS, | C11-05009 CW and C11-05083 CW] |
|  |  |
| v. | ORDER CONFIRMING ARBITRATION |
|  | AWARD AND ORDER RE RE- |
|  | ISSUANCE OF SETTLEMENT CHECK |
| RYAN GILL, ET AL., |  |
|  |  |
| DEFENDANTS. |  |
| _____/ |  |

A controversy arose between Judy Brown, Plaintiff, and her attorney, Wayne Johnson, regarding the payment of costs in the amount of $311.15.

On September 17, 2012, the parties entered binding arbitration and arbitrated the matter according to the rules established by the Alameda County Bar Association Fee Arbitration Program.

The arbitrator ruled that Wayne Johnson is entitled to attorney's fees in the amount of $5,000 and costs in the amount of $5,311.15. A copy of the binding arbitration award is on file in this court.

By order of this court, pursuant Section 6200 of the California Business and Professions Code the binding arbitration award is reduced to a Judgment.

ORDER CONFIRMING ARBITRATION AWARD & STIPULATION RE RE-ISSUANCE OF CHECK    - **1** –

Pursuant to the stipulation between Wayne Johnson, Attorney for Plaintiff and the City of San Leandro, it is ordered that the City of San Leandro re-issue the previous settlement check in the amount of $12,500 made payable to Judy Brown, and Wayne Johnson, her attorney of record and instead issue two checks, one payable to Judy Brown in the amount of $7,188.85, and the other made payable to Wayne Johnson in the amount of $5,311.15, consistent with the binding arbitration award.

IT IS SO ORDERED.

Dated: 10/26/2012

_____
JUDGE OF THE UNITED STATES DISTRICT COURT